UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CT-3324-BO

MICHAEL ALAN JOHNSON,           )
            Plaintiff,          )
                                )
            v.                  )          O R D E R
                                )
DETECTIVES J.S. PINNEY, et al., )
            Defendants.         )

On October 10, 2014, the court entered an order allowing the matter to continue as to

defendants Pinney and Freeman. The court referenced the Standing Order 14-SO-02. However,

these defendants are not covered by the Standing Order. Thus, the Clerk is DIRECTED to issue

the summons, and the United States Marshal Service is DIRECTED to make service pursuant to

28 U.S.C. § 1915(d).

SO ORDERED, this the 14 day of October 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE